No. 82–1998. SECRETARY OF THE INTERIOR ET AL. *v.* COMMUNITY FOR CREATIVE NON-VIOLENCE ET AL. C. A. D. C. Cir. [Certiorari granted *sub nom. Watt* v. *Community for Creative Non-Violence, ante*, p. 812.] Motion of respondents to vacate

order staying the mandate of the United States Court of Appeals for the District of Columbia Circuit denied.